**Exhibit A to the Complaint**

**Location:** Center Moriches, NY  **IP Address:** 24.188.134.69
**Total Works Infringed:** 40  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 10B9840D8F01357F54437863D7220676D7DD4EFB | Blacked Raw | 10/11/2018 17:23:48 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 2 | 038457313342B891641BF4CFE6E45AFDEA39A611 | Blacked Raw | 07/09/2018 05:40:11 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 3 | 05F306904D79ED19E81CF768E2754E43978B22DE | Tushy | 08/21/2018 19:30:43 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 4 | 199A4D6872A80BB3F0293FB2A0D2875A1EC504CD | Blacked Raw | 09/10/2018 04:58:29 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 5 | 1E9E67C9888D2E007336C894B64BCFA187021CA4 | Tushy | 09/04/2018 06:53:44 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 6 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/09/2018 01:47:34 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 7 | 223F58B305FE0F899BAA44D19F0AB37ADEBF7D52 | Blacked | 09/13/2018 02:10:17 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 8 | 2B85D15D84E81269B8EBF614E3EE10536452615D | Blacked | 09/03/2018 03:04:56 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 9 | 2E9A8A1DD7FB3B5CC90788BFA899158BA3AB615E | Vixen | 08/30/2018 02:44:16 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 10 | 30EA78F6B7CDDF7BE0B42AFE996A05A58A6387E7 | Tushy | 08/14/2018 22:08:56 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 11 | 3960FCF7CEEDC02736A5BE9911410B69171F0990 | Blacked | 09/20/2018 08:15:55 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 12 | 3BAD52C8FBA09BABA328F1CDEB5FC5826AFB1B1A | Tushy | 10/14/2018 03:51:45 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 13 | 40567F41FCC756C9E18AC37F1600442C76EEFD54 | Vixen | 08/04/2018 08:54:50 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 14 | 43BBF49E512609587E68819ED5FB437BF3BA730C | Tushy | 07/13/2018 15:33:43 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 15 | 45E9C7088F191542C958CA06FFD35D61C63BB5BD | Blacked Raw | 08/21/2018 02:42:30 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 16 | 4C753304EC5089B76152213F0A0627BDF2D225FB | Vixen | 10/17/2018 20:07:22 | 10/16/2018 | 10/28/2018 | PA0002130458 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 52D9A249CC9EC2965962169E479D9EACE1B5E9E0 | Tushy | 07/06/2018 05:33:49 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 18 | 5B402018F2F4733A2B4DB2A3BC4E03BB3003F0CA | Vixen | 06/29/2018 21:52:29 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 19 | 6D3284CA69E4E0B4C1C4FEEFA38445A5AA7B5354 | Vixen | 06/25/2018 08:50:55 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 20 | 76435D9529783488CB817509A5189700934E3159 | Vixen | 06/01/2018 22:07:50 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 21 | 7D72BB6A5A346DDC35E701DC69BD315DD43A7502 | Vixen | 08/18/2018 16:58:12 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 22 | 9166A8A2A5770026BBF7E88DBF96CF51EDE74BA7 | Tushy | 08/30/2018 00:24:37 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 23 | 92C982C61D3904E73EF58FE7F97BAA6EFFA4FDBC | Vixen | 07/14/2018 02:37:37 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 24 | A0330F47467C04BDAE206B67034054E002C2D3DE | Blacked Raw | 08/28/2018 11:01:28 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 25 | A0AF3F07FC52AB12A776A8EE6C546444ADB94E41 | Vixen | 08/23/2018 21:13:45 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 26 | A4827E210030B1A8642E8393D9D5B9023621C138 | Tushy | 08/11/2018 06:52:16 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 27 | AB46E6243E650451197892DB7E5045C25E113955 | Vixen | 04/15/2018 08:18:26 | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 28 | B19B93DB09831B689DCE952279C7C66D5570B910 | Blacked | 09/23/2018 05:20:32 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 29 | B809ABE307B30DDFAC6630725306D503A456106F | Vixen | 06/06/2018 14:26:27 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 30 | BB9D3437CB7FF2A3F8B26F24934448DD5ED244B9 | Blacked Raw | 07/04/2018 18:03:21 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 31 | CD46AFF6A4A1D0E7DC6B1C7FCD78F2B6599A457D | Blacked Raw | 07/13/2018 07:54:31 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 32 | D208A33709B2C1323192B4D6DE01E54121C3DECB | Blacked Raw | 08/16/2018 17:49:39 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 33 | D435F101987359D46FBFE7D956021D765462420A | Blacked | 07/19/2018 13:21:02 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 34 | D6878980EBEF9ABB95721ADAAC0748B4EB3CA7D7 | Tushy | 06/26/2018 06:29:00 | 06/25/2018 | 08/07/2018 | PA0002132395 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E8D7D52D43C3BA399DE79B24BB04D25C90126354 | Blacked Raw | 08/06/2018 04:02:27 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 36 | F1D5B0ADDA3BD447ADFC03A400D9E414E7C8B8CA | Blacked | 06/05/2018 14:20:05 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 37 | F2BDC1C9982E2475C9CFD14CDE4B6F6D7233F3AA | Blacked Raw | 05/08/2018 00:44:40 | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 38 | F3CE57D82E3456976B96F6053D77E699CA23A41C | Vixen | 07/20/2018 03:12:07 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 39 | F8AD3A04BB37A40156037FF4DBA8B8C2F0068B5B | Tushy | 09/09/2018 06:47:19 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 40 | FA80175377B2E6B2515360AF1E5ED3C0AD8C0906 | Blacked Raw | 06/02/2018 04:12:17 | 05/27/2018 | 07/14/2018 | PA0002130451 |